PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Christopher Beckum</u>     Case Number: <u>1:08-00006</u>

Name of Judicial Officer: <u>Honorable William J. Haynes, Jr., Senior U. S. District Judge</u>

Name of Current Judicial Officer: <u>Honorable Waverly D. Crenshaw, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>September 11, 2009</u>

Original Offense: <u>21 U.S.C. § 841(a)(1), Possession with Intent to Distribute and Distribution of 50 Grams or More of Methamphetamine</u>

Original Sentence: <u>60 months' custody; 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>February 21, 2014</u>

Assistant U.S. Attorney: <u>Brent Hannafan</u>     Defense Attorney: <u>R. David Baker</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ____ day of _August_, 2017, and made a part of the records in the above case.

_____
Waverly D. Crenshaw, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Jon R. Hahn
U.S. Probation Officer

Place     Columbia, Tennessee

Date      August 3, 2017

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not purchase, possess, use, distribute, or administer any controlled substance:**

   Christopher Beckum provided a urine screen on July 26, 2017, which was positive for amphetamine and methamphetamine. During a telephone conversation on August 1, 2017, Mr. Beckum admitted he previously used methamphetamine. During a home visit on August 1, 2017, Mr. Beckum admitted to using methamphetamine within the last 2 days.

2.   **The defendant shall not associate with any person engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer:**

   On August 1, 2017, the U.S. Probation Officer became aware that for the last four to five weeks, Christopher Beckum was visiting Erika Whitehead, an inmate at the Giles County Jail, Pulaski, Tennessee, on average of three to four times per week, not including phone calls. Ms. Whitehead is currently charged with Introducing Contraband into a Penal Facility (Methamphetamine) and Violation of State Probation. Since 2015, Ms. Whitehead has a lengthy record to include Theft of Property over $10,000 (5 counts), Evading Arrest, Burglary; 2016, Possession of Methamphetamine, Revocation of Sentence, Failure to Appear and Theft over $10,000.

**Compliance with Supervision Conditions and Prior Interventions:**

Christopher Beckum is unemployed and resides in Maury County, Tennessee.

On October 24, 2016, the Court was notified of Mr. Beckum's admitted use of marijuana and methamphetamine. On November 18, 2016, the Court was notified of Mr. Beckums use of marijuana, however, the National Lab report showed his marijuana level decreasing. On January 26, 2017, the Court was notified of two positive drug tests for methamphetamine. The Court modified Mr. Beckum's condition of supervised release to add drug treatment. On March 18, 2017, Mr. Beckum completed an assessment that determined counseling was needed through The Evelyn Frye Center, Nashville, Tennessee. Mr. Beckum successfully completed treatment on May 18, 2017. On May 22, 2017, the Court was notified of a positive drug test for methamphetamine. Mr. Beckum continues to participate in the probation office's drug testing program.

During the home visit on August 1, 2017, the U.S. Probation Officer advised Mr. Beckum he could no longer have contact with Ms. Whitehead. Mr. Beckum was explained that Ms. Whitehead has two arrests for methamphetamine, Mr. Beckums current drug of choice in which he has had several positives. Mr. Beckum was explained that he could petition the Court to have this condition modified.

### U.S. Probation Officer Recommendation:

It is recommended that Mr. Beckum be continued on supervised release. He will be referred back to outpatient substance abuse counseling and his monthly drug testing has been increased.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Donna Jackson
Supervisory U.S. Probation Officer